# KORSINSKY & KLEIN, LLP

**271 Madison Avenue, 18th floor**
**New York, New York 10016**

**TEL: (212) 495-8133**

**WWW.KKLAWFIRM.COM**

| | |
|---|---|
| *PARTNERS:* | *ASSOCIATES:* |
| MICHAEL KORSINSKY, ESQ.* | SAMUEL DIAMANTSTEIN, ESQ.* |
| JOSEPH KLEIN, ESQ., CPA* | KENNETH RENOV, ESQ.* |
| AVI LEW, ESQ.* | JOSHUA KURZ, ESQ. |
| *COUNSEL:* | |
| J. MIA KENTON, ESQ.* | |

<u>BROOKLYN OFFICE</u>                                             * Admitted in NY & NJ
2926 Avenue L
Brooklyn, New York 11210

July 8, 2024

<u>**VIA ECF**</u>
Hon. Miroslav Lovric, U.S. Magistrate Judge
Federal Building and U.S. Courthouse
15 Henry Street
Binghamton, New York 13901

            Re:    Alex Barton v. Aaron Barton,
                     Case No.: 5:24-cv-11 (GTS/ML)

Dear Judge Lovric:

       We represent the defendant Aaron Barton in the above-referenced proceeding. This Status Report letter is written on behalf of both parties.

       The parties have now exchanged documents and have responded to outstanding discovery demands. The parties are currently in the process of working to schedule depositions, and in that regard, the parties respectfully request the Court to extend the discovery cutoff, currently July 31, until August 30, in order to accommodate the Summer vacation schedules of those involved.

       Thank you.

                                                         Respectfully,

                                                         **KORSINSKY & KLEIN, LLP**

                                                         __*/s/ Avi Lew*_____
                                                         By:  Avi Lew

cc:  Timothy J. Fennell, Esq. (via ECF)